STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Brian K. Thompson
Attorney at Law
2915 Jackson Street
Alexandria LA 71301

**REHEARING ACTION: January 14, 2015**

**Docket Number: 14   00343-CA**

**GRADY P. GALLAND
VERSUS
HEIDI M. GALLAND**

**Appealed from Avoyelles Parish Case No. 2009-4104-A**

<u>**BEFORE JUDGES**</u>**:**

      **Hon. Ulysses Gene Thibodeaux
      Hon. Jimmie C. Peters
      Hon. Marc T. Amy
      Hon. Shannon J. Gremillion
      Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Heidi M. Galland** has this day been

      **DENIED.**
      Thibodeaux, C. J., would grant the rehearing.
      Gremillion, J., would grant the rehearing, only as to the child
      support payment issue.

cc: Cory Paul Roy, Counsel for the Appellee